# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA

*Richmond Division*

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KYLE F. DANZEY,<br><br>Defendant. | Case No. 3:25-mj-103<br><br>18 U.S.C. § 113(a)(5)<br>Simple Assault within Maritime and Territorial Jurisdiction of the United States |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT on or about June 15, 2025, in the Eastern District of Virginia, the defendant, KYLE F. DANZEY, at Fort Lee, Virginia, property administered by the Department of Defense and within the special maritime and territorial jurisdiction of the United States, did unlawfully and knowingly assault A.F. by pointing at and touching A.F.'s face with a razor blade.

(In violation of 18 U.S.C. § 113(a)(5)).

                                            Lindsey Halligan
                                            United States Attorney and Special Attorney

                                            Todd W. Blanche
                                            Deputy Attorney General

                                            Robert K. McBride
                                            First Assistant United States Attorney

Date: 4 December 2025     By:            /s/
                                              Adam J. Wise
                                              Special Assistant United States Attorney