# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA

*Richmond Division*

| | |
|---|---|
| **UNITED STATES OF AMERICA,** v. **KYLE F. DANZEY,** Defendant. | Criminal No. 3:25-mj-103 |

## STATUS REPORT

The United States of America, through undersigned counsel and pursuant to the Court's December 17, 2025, Order [ECF No. 3], advises the Court that the defendant in this matter, Kyle F. Danzey, is **detained at Virginia Peninsula Regional Jail**, with an **expected release date of between approximately February 6 and March 6, 2026**. The United States offers the following additional information in explanation:

1. On December 4, 2025, United States Probation Officer Katelyn McDaniel alerted the parties that the defendant was being held at Virginia Peninsula Regional Jail (VPRJ), to serve the six-month sentence he received in Williamsburg General District Court (GDC), and that, even after his release in that case – projected to be February 7, 202[6] – he would still have to serve an additional month in connection with another conviction from Prince George. The parties conveyed this information to the Court and sought a continuance of the original trial date; the Court continued the matter but ordered the United States to file a status report on the 15th

of each month updating the Court as to the defendant's incarceration status and expected release date. ECF No. 3.

2. On February 2, 2026, the Clerk's Office advised the United States that previous lead counsel in this matter had not filed the January status report in this matter as required.

3. Yesterday, the attorneys assigned to handle matters arising from United States Army Garrison Fort Lee[1] consulted with law enforcement and received the information that the defendant was still detained at VPRJ with an anticipated release date of this Friday, February 6, for the defendant to be released from his Williamsburg sentence and to begin his last 30 days in Prince George County.

4. Virginia Judiciary Online Case Information System showed two cases from his June 15, 2025, arrest that corroborated both USPO McDaniel's original information and the subsequent investigation:

a. *Williamsburg/James City Cnty. GDC GC25006173 (Petit Larceny >$1000)*: convicted/sentenced on 9/5/25 to 12 months' incarceration (6 months suspended in favor of 12 months' unsupervised probation); and

---

[1] Like all matters that arise in connection with United States Army Garrison Fort Lee, this case is handled by lawyers in the U.S. Army, who are appointed and cross-designated as Special Assistant U.S. Attorneys for the length of their rotation handling these matters. The former Fort Lee Special Assistant U.S. Attorney, who was lead counsel on this case, concluded his tour on January 31; his successor officially took over that role this week, but his formal appointment has not yet become final, though that is expected to occur this week. Nevertheless, while the successor Fort Lee attorney cannot formally note his appearance in these cases until that appointment is final, he is up to date on that docket and was able to relay key information when the undersigned spoke with him about this and other cases. The undersigned then attempted to corroborate that information as outlined herein.

b. *Prince George Cir. Ct. CR25000451 (Unauth. Poss.: Drug Para.)*: indicted 11/18, convicted/sentenced on 12/4/25 to 12 months' incarceration (11 months suspended).

5. Both VineLink (https://vinelink.vineapps.com/search/VA/Person) and VPRJ's inmate list (https://vprj.net/InmateRoster/VPRJ_inmatelist.html) – excerpted below – show that the defendant was booked into VPRJ on 11/18/25 and is still detained there today (on both charges):



6. Both USPO McDaniel's December 4 email and the investigation yesterday seemed to conclude that the February 6 or 7 release date from VPRJ was on the Williamsburg case alone, with another 30 days to serve in Prince George County on the later drug-related conviction. Yet, the VPRJ inmate list appears to show the defendant being held on charges relating to both cases, and the defendant

appears to have been in custody continuously since his arrest on both cases on June 15, 2025, a total of approximately 7 months, 19 days.

7. Like federal law, Virginia law requires that time spent in confinement while awaiting trial be credited against any sentence imposed, regardless of whether the facility was state or local, juvenile or adult, or correctional or treatment. *See* 18 U.S.C. § 3585; Va. Code § 53.1-187. Such credit is not always assessed or applied automatically, and all manner of slight variances in the terms of the judgments and in the circumstances relating to confined time – including the defendant's own good conduct or lack thereof – can lead to days being included or excluded from credit.

8. Therefore, out of an abundance of caution, the United States gives the anticipated release date above as a range, to allow for the possibility that the original release date may have included both the Williamsburg and Prince George sentences and thus that the defendant will be released within the week. Alert to that possibility, the successor Fort Lee attorney will check the defendant's incarceration status again on Monday, February 9, and take any necessary actions thereafter, including, of course, updating the Court in the February status report.

9. As a final matter, the United States apologizes for its failure to file the first status report by January 15, 2026, as ordered. That the status of the defendant's incarceration was unchanged since December does not excuse failing to apprise the Court of that fact; it appears as though this was the victim of multiple, simultaneous personnel transitions. Nevertheless, the United States deeply regrets the delay in filing the original report and will be vigilant about such issues going forward.

Respectfully submitted,

Todd W. Blanche
Deputy Attorney General

By: _____/s/_____
Julie D. Podlesni (VSB #77198)
Assistant United States Attorney
Office of the United States Attorney
919 East Main Street, Suite 1900
Richmond, Virginia 23219-2447
Tel. (804) 819-5400 | Fax (804) 771-2316
Julie.Podlesni@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of February, 2026, I filed a copy of the foregoing with the Clerk of Court via CM/ECF, which will send a notification to counsel.

I further certify that I will cause a copy of this pleading to be mailed, postage pre-paid, to the following non-ECF user:

Virginia Peninsula Regional Jail
Mr. Kyle F. Danzey
P.O. Box 247
Phoenix, MD 21131

Mr. Kyle F. Danzey
6968 Saint Peters Ct.
Prince George, VA 23875

*/s/*
Julie D. Podlesni
Assistant United States Attorney