IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Richmond Division*

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>    v.<br><br>**KYLE F. DANZEY,**<br><br>    **Defendant.** | Criminal No. 3:25-mj-103 |

## STATUS REPORT

The United States of America, through undersigned counsel and pursuant to the Court's December 17, 2025, Order [ECF No. 3], advises the Court that its investigation revealed that the defendant in this matter, Kyle F. Danzey, was released from the custody of Virginia Peninsula Regional Jail on or about February 7, 2026, at 9:01 AM EST. The United States corroborated his release through VineLink (https://vinelink.vineapps.com/search/VA/Person) – record depicted below – which recorded his custody release as "sentence served," likely referring to both recent sentences, as set forth in the February 3 status report [ECF No. 4.].



-2-

        Respectfully submitted,

        Todd W. Blanche
        Deputy Attorney General

By:       /s/
        Ian M. Barron
        Special Assistant United States Attorney
        Office of the Staff Judge Advocate
        443 1st Street, Building 1107
        Fort Lee, Virginia 23801-1507
        Tel. (804) 819-5400 | Fax (804) 765-1504
        Email: ian.m.barron.mil@army.mil

-3-

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 15th day of February, 2026, I filed a copy of the foregoing with the Clerk of Court via CM/ECF, which will send a notification to counsel.

      I further certify that I will cause a copy of this pleading to be mailed, postage pre-paid, to the following non-ECF user:

Mr. Kyle F. Danzey  
6968 Saint Peters Ct.  
Prince George, VA 23875

                                                              /s/  
                                            Ian M. Barron  
                                            Special Assistant United States Attorney